AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

## UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

SEP 2 3 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America<br>v.<br>Luis Corredor(1)<br>Jhon Freddy Palacios-Abadia (2)<br>Davidson Arlei Mosquera (3) | )<br>)<br>)   Case No.  4:21-MJ-818<br>)<br>)<br>)<br>)<br>) |

_____
*Defendant(s)*

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 2021 to the present_____ in the county of _____Collin_____ in the

_____Eastern_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. §§ 70503(a) and 70506 (a) and (b) | Possession with the Intent to Distribute Cocaine while on board a vessel subject to the jurisdiction of the United States |

This criminal complaint is based on these facts:

See the attached affidavit of Special Agent Maximo Mella, Drug Enforcement Administration

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Maximo Mella DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  _____09/23/2021__ 8:35 am

_____
*Judge's signature*

City and state:  _____Sherman, Texas_____     Hon. Christine A. Nowak, U.S. Magistrate Judge
*Printed name and title*